UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Paul J. Leadem, Jr.
Shirley N. Leadem

CASE NO. 3:17-bk-00662-PMG

Debtor(s).
_____/

HARBOR COMMUNITY BANK

Plaintiff,

vs.

ADVERSARY NO. 3:17-ap-00106-PMG

Paul J. Leadem, Jr.
and Shirley N. Leadem,

_____Defendant(s)./

## MOTION TO ABATE ADVERSARY PROCEEDING

COMES NOW Plaintiff, Harbor Community Bank, by and through it's undersigned counsel, who files this Motion to Abate Adversary Proceeding, and would state unto the Court as follows:

1. This adversary proceeding was filed June 1, 2017 to except a debt from Debtors' discharge, based upon Debtors' sale of assets that were originally pledged as collateral for a loan given by the Plaintiff.

2. The parties are in the process of settling the matter and expect to have a full resolution in advance of the continued Confirmation Hearing scheduled in the main case for October 17, 2017.

3. Debtors' counsel in the main case, Kevin Paysinger, has agreed to the abeyance and

the parties will either file appropriate settlement documents, or request that the Court remove the abeyance.

WHEREFORE, Plaintiff requests this Court enter an Order Granting Motion to Abate Adversary Proceeding.

Dated: August 3, 2017.

ROBERT ALTMAN, P.A.

/S/ Robert Altman
**Robert Altman, Esqiore**
**Florida Bar No. 346861**
**5256 Silver Lake Drive**
**Palatka, Florida 32177**
**(386) 325-4691**
**(386) 256-1423 (fax)**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the attached Motion to Abate Adversary Proceeding was served by U.S. First Class Mail postage prepaid on August 3, 2017 to Defendants Paul J. Leadem, Jr. and Shirley N. Leadem, regular place of abode, 1517 Turtle Bay Cove, Ponte Vedra, FL 32082; and to Kevin B. Paysinger, Esquire, debtors' counsel, regular place of business, 1710 Shadowood Lane, Suite 210, Jacksonville, FL 32207.

/S/ Robert Altman
**Robert Altman, Esquire**